# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LESTER SPEIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:00-CV-1718-CC |
| WORLD CHAMPIONSHIP WRESTLING, INC., | ) | |
| TURNER SPORTS, INC., and | ) | |
| TURNER BROADCASTING SYSTEM, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF FILING ORIGINAL AFFIDAVIT

Defendants Universal Wrestling Corporation (f/k/a World Championship Wrestling, Inc.), Turner Sports, Inc. and Turner Broadcasting System, Inc. (collectively "Defendants") hereby serve notice that they are filing herewith in the above-captioned case the following original Affidavit in support of Defendants' Motion for Summary Judgment contemporaneously filed with this Court:

1.   Affidavit of Joseph Hamilton (attached hereto as Exhibit A).

This 30th day of January, 2003.

JOHN J. DALTON
Georgia Bar No. 203700
JAMES A. LAMBERTH
Georgia Bar No. 431851
ERIC A. RICHARDSON
Georgia Bar No. 233873
EVAN H. PONTZ
Georgia Bar No. 583577

Attorneys for Defendants

TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404)885-3995(facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LESTER SPEIGHT,                      )
                                     )
                Plaintiff,           )
                                     )    CIVIL ACTION FILE
v.                                   )
                                     )    NO. 1:00-CV-1718-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,  )
TURNER SPORTS, INC., and             )
TURNER BROADCASTING SYSTEM, INC.     )
                                     )
                Defendants.          )

## AFFIDAVIT OF JOSEPH HAMILTON

JOSEPH HAMILTON, who having personally appeared before the undersigned officer duly authorized to administer oaths and having been first duly sworn according to law, deposes and states the following:

1.    My name is Joseph Hamilton.  I am of majority age, and I give this testimony of my own free will.  I have personal knowledge of and am competent to testify to the facts stated herein.  The facts stated herein are true and correct.

2.    I first began providing services to Universal Wrestling Corporation (f/k/a World Championship Wrestling, Inc. and hereinafter referred to as "WCW") in 1989 as a member of the creative staff.  After working with the organization in various capacities, I eventually became the Director of the Power Plant, WCW's training facility.

3.    As part of my duties as Director of the Power Plant, I worked with WCW's professional wrestlers and trainees.  At times, members of the creative staff and I would discuss my opinion with respect to wrestling and training talent.

4.    Based on my experience in the wrestling industry and at WCW, the creators, producers, bookers and marketers of professional wrestling programming such as WCW's use their better performers with greater frequency in their wrestling programs.  Factors considered by the creators, producers, bookers and marketers of these programs in determining who the better wrestlers are include the wrestler's crowd appeal, stage presence, charisma, uniqueness, wrestling ability and physique. In light of these factors, I periodically evaluated wrestlers and trainees at the Power Plant, to determine how well they were progressing.

5.    Lester Speight first became affiliated with WCW in or around the beginning of 1997 when he participated in a three-day try-out at WCW's Power Plant.  Subsequent to this tryout, WCW invited Mr. Speight to participate full-time in its training program.  Mr. Speight accepted this invitation to train, and began training at the Power Plant in 1997.  While training at the Power Plant on an ongoing basis, Mr. Speight paid WCW periodically for his training and instruction.  The purpose

1107857_1.DOC                                    -2-

behind the training program was to help Mr. Speight develop not only the physical and wrestling skills necessary to wrestle professionally with WCW, but also to help him develop the charisma, acting ability, speaking skills, and uniqueness necessary both to appeal to the masses and to compete in WCW's wrestling matches with minimal instruction. At the time that Mr. Speight began training at the Power Plant, he appeared to be in good physical condition, but his wrestling skills, stage presence and speaking skills needed improvement for him to be a successful professional wrestler. In fact, although Mr. Speight claimed to have some previous wrestling experience before he began training at the Power Plant, he appeared "green" and inexperienced in the wrestling ring, and struck me as "nothing special."

6.     At the end of 1998 and into 1999, WCW began to restructure much of its operations, including the professional wrestling training program located at the Power Plant. WCW transferred its Power Plant facility from its previous location on Carroll Drive, to a new location on Log Cabin Drive, in Smyrna, Georgia. This new establishment was to serve as the training facility for a smaller group of wrestler trainees than the group that had previously been training at the old Power Plant location. Each wrestler selected to train at the new

Power Plant facility was to be signed to a trainee independent contractor agreement.

7.   Mr. Speight left the Power Plant in 1997 after only about four months of training.  Mr. Speight did not return to the Power Plant to train after that, and after leaving, he never contacted me about any training or wrestling opportunities with WCW.  While he trained at the Power Plant, Mr. Speight was never treated any differently than other Power Plant trainees and was never discriminated against or mistreated in any way due to his race.

FURTHER AFFIANT SAYETH NAUGHT.

This 29TH day of January, 2003.

_Joseph Hamilton_
JOSEPH HAMILTON

Sworn to and subscribed
Before me this 29TH day
Of January, 2003.

_Notary signature_
Notary Public

My Commission Expires:
Notary Public, Hall County, Georgia
My Commission Expires June 29, 2003

1107857_1.DOC                                          -4-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LESTER SPEIGHT,                       )
                                      )
              Plaintiff,              )
                                      )      CIVIL ACTION FILE
v.                                    )
                                      )      NO. 1:00-CV-1718-CC
WORLD CHAMPIONSHIP WRESTLING, INC.,)
TURNER SPORTS, INC., and              )
TURNER BROADCASTING SYSTEM, INC.      )
                                      )
              Defendants.             )

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of

DEFENDANTS' NOTICE OF FILING ORIGINAL AFFIDAVIT upon the

interested parties by hand delivery to:

> Cary Ichter
> Kelly Jean Beard
> Charles Gernazian
> Michelle M. Rothenberg-Williams
> MEADOWS, ICHTER AND BOWERS, P.C.
> Fourteen Piedmont Center, Suite 1100
> 3535 Piedmont Road
> Atlanta, GA 30305

This 30th day of January, 2003.

_____
EVAN H. PONTZ
Georgia Bar No. 583577

TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street, N.E.
Suite 5200
Atlanta, GA  30308-2216
(404) 885-3000 (voice)
(404) 885-3995 (facsimile)